# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Case No. CCB-01-0050-1 |
| KENNITH DELCARRA JACOBS. | |

## MEMORANDUM

     The motion for early termination of supervised release filed by Kennith Delcarra Jacobs (ECF 256) on September 19, 2022, has been reviewed. During the time of supervision certain local charges have been brought, but the court has been informed that those charges were nol prossed. No violations of supervised release have been found, and Mr. Jacobs appears to be doing well. The U.S. Probation Office has not taken a position on the request, and the court notes that Mr. Jacobs's term of supervised release expires on September 10, 2023, in any event. Accordingly, his request will be granted effective June 30, 2023.

     A separate Order follows.

     June 23, 2023  
  Date

     /s/  
Catherine C. Blake  
United States District Judge